

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00639-CV

In the **Interest of L.A.**, A.W., A.W., A.W., E.W., and A.W., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01513
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED as to M.S.W., the only party that appealed.

It is ORDERED that no costs shall be assessed against appellant, M.S.W., because she is indigent.

SIGNED December 31, 2014.

_____
Luz Elena D. Chapa, Justice